250 P.2d 246]

[L. A. No. 22311. In Bank. Nov. 21, 1952.]

CITY OF CULVER CITY et al., Petitioners, v. SUPERIOR COURT OF LOS ANGELES COUNTY, Respondent.

M. Tellefson, City Attorney, and E. L. Searle for Petitioners.

Edmund G. Brown, Attorney General, and Howard S. Goldin, Deputy Attorney General, for Respondent.

THE COURT.—For the reasons stated in our opinion in *City of Vernon* v. *Superior Court,* this day filed, *ante,* p. 839 [—— P.2d ——], the superior court order under review is modified to remit the previously ordered punishment.

CARTER, J.—I concur in the conclusion reached for the same reasons as stated in my concurring opinion in *City of Vernon* v. *Superior Court,* this day filed, *ante,* p. 844 [250 P.2d 241].

Respondent's petition for a rehearing was denied December 18, 1952. McComb, J. pro tem., acting in place of Shenk, J., disqualified.